UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEEMA SYOVATA | : | |
|     PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: |
| | : | 3:15-cv-00922-VAB |
| | : | |
| MIDLAND FUNDING, LLC | : | |
| | : | |
|     DEFENDANT | : | |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The undersigned hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is dismissed by the Plaintiff, Neema Syovata, with prejudice, against the Defendant, Midland Funding, LLC.

Dated:  Hartford, Connecticut
        January 20, 2016

                                            Respectfully Submitted,

                                            PLAINTIFF
By/s/    Roderick D. Woods
        Roderick D. Woods (ct29447)
The Woods Law Firm, LLC
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
Tel.: (860) 549-6275
Fax: (860) 371-3242
rwoods@rdw-law.com

DEFENDANT
By/s/    Stephen P. Brown
        Stephen P. Brown (ct19876)
Wilson, Elser, Moskowitz, Edelman & Dicker , LLP
1010 Washington Boulevard 8th Floor
Stamford, Connecticut 06901
Tel: 203-388-2382
Fax: 203-388-9101
stephen.brown@wilsonelser.com

486332v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By/s/    Roderick D. Woods
Roderick D. Woods (ct29447)
The Woods Law Firm, LLC
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
Tel.: (860) 549-6275
Fax: (860) 371-3242
rwoods@rdw-law.com

486332v.1